# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  13-3229

_____

United States of America

Plaintiff - Appellee

v.

William Desmond Conrad

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:12-cr-00085-SNLJ-1)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 12, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans