UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:12-cr-00085-SNLJ |
| WILLIAM DESMOND CONRAD, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's Motion for Temporary Injunction/Emergency Motion (Doc. 100). Defendant seeks a "stay of sentence" under Federal Rule of Criminal Procedure 38. Specifically, he seeks a stay of three conditions of his supervised release to give him an opportunity to file a successive motion under 28 U.S.C. § 2255 and a motion for review of sentence under 18 U.S.C. § 3742.

The Court finds no cause or authority for a stay of sentence. The judgment and sentence were affirmed on direct appeal. *U.S. v. Conrad*, 560 Fed.Appx. 638 (8th Cir. 2014). Further, his original and successive § 2255 motions were denied. *Conrad v. United States*, 2024 WL 1674518 (8th Cir. April 18, 2024).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Motion for Temporary Injunction/Emergency Motion (Doc. 100) is **DENIED**.

Dated: September 16, 2024

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE